UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                               :
MARK GOLDBERG,                 :
                               :      No. 17-cv-6024 (NLH)(JS)
              Plaintiff,       :
                               :
         v.                    :      MEMORANDUM OPINION
                               :
WARDEN DAVID ORTIZ, et al.,    :
                               :
              Defendants.      :
_____:
```

IT APPEARING THAT:

1.  Plaintiff Mark Goldberg filed a civil rights action brought pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).  ECF No. 1.

2.  On May 30, and August 21, 2019, the Clerk's Office mailed to Plaintiff "Notices of Electronic Filing" ("NEF").  ECF Nos. 31, 37.  The NEFs were sent to Plaintiff's recently updated address of record at the Bronx Halfway House in Bronx, New York. See ECF Nos. 32, 39.

3.  The NEFs mailed to Plaintiff's address of record have been returned to sender with the envelop marked "Return to Sender, Attempted Not Known, Unable To Forward."  See id.  It appears that Plaintiff is no longer residing at the Bronx Halfway House, which is confirmed by a recent search on the Bureau of Prison's inmate locator, available at

https://www.bop.gov/inmateloc/.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. <u>See</u> L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. Based on Plaintiff's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Petitioner updating his contact information to satisfy the appropriate Rules.

6. An appropriate order follows.


Dated: <u>September 3, 2019</u>           <u>   s/ Noel L. Hillman   </u>
At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.