```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

MARK GOLDBERG,                        1:17-cv-6024 (NLH) (JS)

        Plaintiff,        **MEMORANDUM OPINION & ORDER**

   v.

DAVID E ORTIZ, et al.,

        Defendants.

**APPEARANCES**:

Mark Goldberg
PO Box 163
Bronx, NY 10458

   Plaintiff pro se

Craig Carpenito, United States Attorney
Anne B. Taylor, Assistant United States Attorney
Office Of The U.S. Attorney
District Of New Jersey
401 Market Street, 4th Floor
P.O. Box 2098
Camden, NJ 08101

   Attorneys for Defendants

**HILLMAN, District Judge**

   WHEREAS, on December 18, 2019, the Court administratively terminated the Plaintiff Mark Goldberg's complaint and Defendant David Ortiz's motion for summary judgment under Local Civil Rule 10.1 because Plaintiff had not provided a current address to the Court, see ECF No. 49; and

   WHEREAS, Plaintiff has submitted an updated address and

requested to reopen his case, <u>see</u> ECF No. 50,

THEREFORE, IT IS on this  11th   day of <u>March</u>, 2020

ORDERED that the Clerk shall reopen this matter; and it is further

ORERED that the Clerk shall reinstate Defendants' motion for summary judgment, ECF No. 45, for the next motion date; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

At Camden, New Jersey            s/ Noel L. Hillman
                                 NOEL L. HILLMAN, U.S.D.J.

2