UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MARK GOLDBERG,                      1:17-cv-6024 (NLH) (JS)

         Plaintiff,        **MEMORANDUM OPINION & ORDER**

   v.

DAVID E ORTIZ, et al.,

       Defendants.

---

**APPEARANCES**:

Mark Goldberg
PO Box 163
Bronx, NY 10458

   Plaintiff pro se

Craig Carpenito, United States Attorney
Anne B. Taylor, Assistant United States Attorney
Office of the U.S. Attorney
District Of New Jersey
401 Market Street, 4th Floor
P.O. Box 2098
Camden, NJ 08101

   Attorneys for Defendants

**HILLMAN, District Judge**

   WHEREAS, Defendants filed a motion for judgment on the
pleadings or, in the alternative, for summary judgment, see ECF
No. 45; and

   WHEREAS, Magistrate Judge Schneider granted Plaintiff's
motion for the appointment of pro bono counsel, see ECF No. 55;
and

WHEREAS, no attorney has yet entered an appearance on Plaintiff's behalf; and

WHEREAS, the interests of justice require providing assigned counsel an opportunity to become familiar with the matter and file a response to the motion,

THEREFORE, IT IS on this ___2nd___ day of October, 2020

ORDERED that motion for judgment on the pleadings or, in the alternative, for summary judgment, ECF No. 45, be, and the same hereby is, denied without prejudice; and it is further

ORERED that Defendants may refile their motion upon the entry of Plaintiff's counsel's appearance; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.


                                    s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.

2